CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>     Plaintiff,<br><br>  v.<br><br>MBK ENTERPRISE, a California General Partnership; BAYSIDE PETROLEUM, a California General Partnership; BAHRAM NAJAFZADEH; MASOOD NAJAFZADEH; and Does 1-10,<br><br>     Defendants. | **Case:** 4:18-CV-07250-YGR<br><br>ORDER GRANTING<br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants MBK Enterprise, Bayside Petroleum, Bahram Najafzadeh, Masood Najafzadeh, have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: May 21, 2019          CENTER FOR DISABILITY ACCESS

                    By:  /s/Amanda Lockhart Seabock
                        Amanda Lockhart Seabock
                        Attorneys for Plaintiff

IT IS SO ORDERED.  This action is DISMISSED WITH PREJUDICE.

Dated: June 3, 2019

                        YVONNE GONZALEZ ROGERS
                        UNITED STATES DISTRICT JUDGE